Mary Elizabeth Conn CBA #224597
MARY E. CONN & ASSOCIATES
55 River Street Ste. 100
Santa Cruz, CA  95060
Telephone: (831) 471-7103
Fax: (831) 426-0159
Attorney For Defendant Sean Rigsby

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00621-JW |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND** |
| | ) | **PROPOSED ORDER** |
| | ) | **RESCHEDULING** |
| | ) | **ARRAIGNMENT DATE** |
| | ) | |
| SEAN RIGSBY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**TO THE HONORABLE JAMES WARE:**

Defendant Sean Rigsby, through his counsel, Mary Elizabeth Conn, moves that the Defendant's arraignment be continued.  Jeff Nedrow, AUSA, has stipulated to the continuance.

This Motion is based on the grounds that counsel for Defendant is out of town on the date currently set.

Defendant hereby requests the date of November 27, 2006, at 1:30 p.m. be set for arraignment of Mr. Rigsby, and that the date of October 30, 2006, currently set, be vacated.

**Dated:   October 16, 2006**

**Respectfully submitted,**
**MARY E. CONN & ASSOCIATES**

**/S/**

**Mary Elizabeth Conn,**
**Attorney for Defendant Sean Rigsby**

Stipulated to by:

/S/_____
Jeff Nedrow, AUSA

IT IS SO ORDERED:

Date:  _____ 10/18/06 _____      _____
                                         THE HONORABLE JAMES WARE

2