KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JEFFREY D. NEDROW (CSBN 161299)
Assistant United States Attorney
San Jose Division

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5045

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00621-JW |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER RE: CONTINUANCE OF STATUS CONFERENCE |
|     vs. ) | |
| SEAN RIGSBY, ) | |
|     Defendant. ) | |

    The parties, by and through their counsel of record, hereby stipulate to the following:

    1. The parties request that the Court continue the status conference presently set for January 29, 2007 to February 26, 2007 at 1:30 p.m.

    2. The parties stipulate and request that the Court find the following as a factual basis for continuing the plea hearing:

    The parties are continuing their discussions regarding an appropriate disposition in this case. Both parties have exchanged ideas and information pertinent to the disposition, and are considering the parameters of a possible disposition. Such consideration on the part of both parties is necessary to making an informed decision regarding the plea and/or continuing with

trial preparation.  Additional time is required by both parties to complete this investigative and information-sharing process.

      3.   The parties agree that the time between January 29, 2007 and February 26, 2007 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in an earlier trial specifically based on the need for counsel to have adequate time to complete their consideration of the totality of the discovery, and subsequently developed information, in connection with a possible disposition.  The parties therefore agree that a continuance is necessary to ensure that counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Rigsby effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

                                                                        KEVIN V. RYAN
                                                               United States Attorney

_____                                     _____
DATE                                                       JEFFREY D. NEDROW
                                                         Assistant United States Attorney


_____                                     _____
DATE                                                       MARY CONN
                                                         Attorney for Sean Rigsby

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-00621-JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | <u>CONFERENCE AND EXCLUDING TIME</u> |
| SEAN RIGSBY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the status conference in the above-referenced case is continued from January 29, 2007 to February 26, 2007 at 1:30 p.m.

The Court finds the time from January 29, 2007 to February 26, 2007 excludable from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial specifically based on the need for counsel to have adequate time to complete their consideration of the totality of the discovery, and subsequently developed information, in connection with a possible disposition.  The Court finds that a continuance is necessary to ensure that counsel are prepared to make informed decisions

regarding the case.  The Court further finds that denial of such a continuance would unreasonably deny defendants effective case preparation pursuant to 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

DATE: __January 25 2007__    _____
JAMES WARE
UNITED STATES DISTRICT JUDGE