MARY ELIZABETH CONN, Esq.
55 River Street, Suite 100
Santa Cruz , CA 95060
831-471-7103
Fax: 831-426-0159
Email: mary@santa-cruz-law.com

Counsel for Defendant RIGSBY

*IT IS SO ORDERED*
*/s/ James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00621 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: EARLY TERMINATION OF PROBATION |
| vs. | |
| SEAN RIGSBY, | |
| Defendant. | |

**STIPULATION**

Defendant and the government hereby stipulate that, subject to the court's approval, the three-year term of probation granted on August 13, 2007 may be terminated forthwith to facilitate Mr. Rigsby's employment out of district and out of state. United States Probation Officer Janie Zhuang has been consulted as to the proposed early termination and expresses no position on the matter.

Dated: March 10, 2009

s/_____
JEFFREY NEDROW
Assistant United States Attorney

Dated: March 5, 2009

s/_____
MARY ELIZABETH CONN
Attorney for Sean Rigsby

Stipulation and [Proposed] Order re: Early
Termination of Probation                               1

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING AND BY STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that defendant Sean Rigsby's term of probation granted on August 13, 2007 is terminated as of the date of this order.

IT IS SO ORDERED.

Dated: May 21, 2009

_____
JAMES WARE
United States District Judge